# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:25-cr-14 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Steger |
| DAVID FRANKLIN TURNER | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 131] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the seven count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the seven count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute 5 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 131] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the seven count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute 5 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **December 11, 2025, at 10:00 a.m.**

**SO ORDERED.**

                                             */s/ Charles E. Atchley, Jr.*
                                             **CHARLES E. ATCHLEY, JR.**
                                             **UNITED STATES DISTRICT JUDGE**